12-05904 / 11-12586
Versatile Card Tech. Inc.

**Final Claims Register**

*Numerical Order*

| Claim # | Claim Status | Case | Amount | Basis for Claim | Date Filed | Classification | Claimant |
|---|---|---|---|---|---|---|---|
| 1 | Allowed | Versatile Card Technology, Inc. (11-12586) | $171.40 | | 9/1/2011 | Unsecured | HERITAGE HOUSE FLORIST 5109 MAIN STREET, Downers Grove, IL 60515 |
| 7 | Allowed | Versatile Card Technology, Inc. (11-12586) | $8,487.00 | Goods Sold | 9/6/2011 | Unsecured | Fair Harbor Capital, LLC Ansonia Finance Station, PO Box 237037, New York, NY 10023 |
| 13 | Allowed | Versatile Card Technology, Inc. (11-12586) | $21,100.00 | Goods Sold | 9/15/2011 | Unsecured | h+m USA 2020-I Starita Road, Charlotte, NC 28206 |
| 17 | Disallowed | Versatile Card Technology, Inc. (11-12586) | $5,225.36 | Leased Equipment | 9/15/2011 | Unsecured | GreatAmerica Leasing Corporation P.O. Box 609, Cedar Rapids, IA 52406 |
| 18 | Disallowed | Versatile Card Technology, Inc. (11-12586) | $3,405.83 | Repair work on customer's printing press | 9/15/2011 | Unsecured | KBA North America, Inc. Attn: Adam Mort, P.O. Box 619006, Dallas, TX 75261 |
| 23 | Allowed | Versatile Card Technology, Inc. (11-12586) | $50,635.52 | Goods Sold | 9/15/2011 | Unsecured | Waytek Corporation Euler Hermes ACI, Agent of Waytek Corporation, Owings Mills, MD 21117 |
| 25 | Allowed | Versatile Card Technology, Inc. (11-12586) | $137,387.00 | Goods Sold | 9/15/2011 | Unsecured | Kurz Transfer Products, Inc Euler Hermes ACI, Agent of Kurz Transfer Products, LP, 800 Red Brook, Owings Mills, MD 21117 |
| 34 | Disallowed | Versatile Card Technology, Inc. (11-12586) | $1,000.00 | Taxes | 9/15/2011 | Unsecured | Internal Revenue Service 31 Hopkins Plz., Rm. 1150, G. H. Fallon Federal Bldg., Baltimore, MD 21201-2825 |
| 34 | Disallowed | Versatile Card Technology, Inc. (11-12586) | $1,000.00 | Taxes | 9/15/2011 | Unsecured Priority | Internal Revenue Service 31 Hopkins Plz., Rm. 1150, G. H. Fallon Federal Bldg., Baltimore, MD 21201-2825 |
| 46 | Allowed | Versatile Card Technology, Inc. (11-12586) | $2,748.74 | Goods Sold | 9/19/2011 | Unsecured | Motion Industries P.O. Box 1477, Birmingham, AL 35201 |
| 46 | Allowed | Versatile Card Technology, Inc. (11-12586) | $2,509.64 | Goods Sold | 9/19/2011 | Unsecured Priority | Motion Industries P.O. Box 1477, Birmingham, AL 35201 |
| 55 | Disallowed | Versatile Card Technology, Inc. (11-12586) | unliq/cont. entries | Unliquated/Contingent Duties | 9/24/2011 | Unsecured | U.S. Customs and Border Protection Attn: Revenue Division, Bankruptcy Team, 6650 Telecom Dr., Suite 100, Indianapolis, IN 46278 |
| 55 | Disallowed | Versatile Card Technology, Inc. (11-12586) | $0.00 unliq/contingent | Unliquated/Contingent Duties | 9/24/2011 | Unsecured Priority | U.S. Customs and Border Protection Attn: Revenue Division, Bankruptcy Team, 6650 Telecom Dr., Suite 100, Indianapolis, IN 46278 |
| 68 | Allowed | Versatile Card Technology, Inc. (11-12586) | $330.35 | Equipment lease | 9/30/2011 | Unsecured | Canon Financial Services c/o Scott H. Marcus & Associates (Unterlack, Esq., Andrew) 121 Johnson Road, Turnersville, NJ 08012 |
| 68 | Allowed | Versatile Card Technology, Inc. (11-12586) | $1,052.64 | Equipment lease | 9/30/2011 | Secured | Canon Financial Services c/o Scott H. Marcus & Associates (Unterlack, Esq., Andrew) 121 Johnson Road, Turnersville, NJ 08012 |
| 74 | Allowed | Versatile Card Technology, Inc. (11-12586) | $1,536.08 | Goods sold | 10/14/2011 | Unsecured | McMaster-Carr Supply Company PO Box 5370, Princeton, NJ 08453 |
| 81 | Allowed | Versatile Card Technology, Inc. (11-12586) | $3,930.65 | Goods sold | 10/14/2011 | Unsecured | SUN CHEMICAL CORP. 5000 SPRING GROVE AVENUE, CINCINNATI, OH 45232 |
| 83 | Allowed | Versatile Card Technology, Inc. (11-12586) | $8,432.02 | Armored car service | 10/14/2011 | Unsecured | Fair Harbor Capital, LLC PO Box 237037, New York, NY 10023 |
| 99 | Disallowed | Versatile Card Technology, Inc. (11-12586) | $10,343.45 | Unemployment taxes | 10/26/2011 | Unsecured | Illinois Department of Employment Security 33 S. State Street, Chicago, IL 60603 |
| 99 | Disallowed | Versatile Card Technology, Inc. (11-12586) | $10,343.45 | Unemployment taxes | 10/26/2011 | Unsecured Priority | Illinois Department of Employment Security 33 S. State Street, Chicago, IL 60603 |
| 100 | Disallowed | Versatile Card Technology, Inc. (11-12586) | $10,343.46 | Unemployment taxes | 10/26/2011 | Unsecured | Illinois Department of Employment Security 33 S. State Street, Chicago, IL 60603 |
| 100 | Disallowed | Versatile Card Technology, Inc. (11-12586) | $10,343.46 | Unemployment taxes | 10/26/2011 | Unsecured Priority | Illinois Department of Employment Security 33 S. State Street, Chicago, IL 60603 |
| 121 | Disallowed | Versatile Card Technology, Inc. (11-12586) | $69,808.34 | Lease agreement | 11/14/2011 | Unsecured | TCF EQUIPMENT FINANCE INC. 11100 Wayzata Blvd, Suite 801, Minnetonka, MN 55305 |
| 121 | Disallowed | Versatile Card Technology, Inc. (11-12586) | $0.00 | Lease agreement | 11/14/2011 | Secured | TCF EQUIPMENT FINANCE INC. 11100 Wayzata Blvd, Suite 801, Minnetonka, MN 55305 |
| 129 | Disallowed | Versatile Card Technology, Inc. (11-12586) | $1,769.26 | Taxes | 11/20/2011 | Unsecured Priority | Internal Revenue Service 31 Hopkins Plz., Rm. 1150, G. H. Fallon Federal Bldg., Baltimore, MD 21201-2825 |
| 139 | Allowed | Versatile Card Technology, Inc. (11-12586) | $828.00 | Services rendered in obtaining business credit information for Debtors customers. | 11/22/2011 | Unsecured | Dun & Bradstreet c/o Receivable Management Services ("RMS"), PO Box 5126 , Timonium, MD 21094 |
| 139 | Allowed | Versatile Card Technology, Inc. (11-12586) | $828.00 | Services rendered in obtaining business credit information for Debtors customers. | 11/22/2011 | Unsecured Priority | Dun & Bradstreet c/o Receivable Management Services ("RMS"), PO Box 5126 , Timonium, MD 21094 |
| 145 | Disallowed | Versatile Card Technology, Inc. (11-12586) | $2,835,674.99 | Guarantor on loan | 12/8/2011 | Unsecured | Fulton Bank of New Jersey, f/k/a The Bank, as successor by merger to Skylands Community Bank (c/o Joseph R. Zapata, Jr., Esq.) Norris, McLaughlin & Marcus, P.A., 721 Route 202-206, Suite 200, Bridgewater, NJ 08807 |
| 154 | Withdrawn | Versatile Card Technology, Inc. (11-12586) | Not less than $154,880.00 | Violations of citations to discover assets. See appendix. | 12/13/2011 | Unsecured | Bank of America NA (John Schuessler, Thomas J. Flanagan) 135 S. LaSalle St., Ste. 1140, Chicago, IL 60603-4177 |
| 162 | Allowed | Versatile Card Technology, Inc. (11-12586) | $36,176.40 | Goods sold | 12/22/2011 | Unsecured | Ashland Inc. PO Box 2219, Collections Dept, Columbus, OH 43216 |
| 163 | Disallowed | Versatile Card Technology, Inc. (11-12586) | $894.57 | | 12/22/2011 | Unsecured | Xerox Corporation Attn: Vanessa Adams, 1301 Ridgeview Drive - 450, Lewisville, TX 75057 |
| 173 | Allowed | Versatile Card Technology, Inc. (11-12586) | $6,524.88 | Goods sold | 1/17/2012 | Unsecured | Runge Paper Company 2201 Arthur Avenue, Elk Grove Village, IL 60007 |
| 180 | Allowed | Versatile Card Technology, Inc. (11-12586) | $479.04 | Goods sold | 1/18/2012 | Unsecured | KISER CONTROLS CO KERRY KISER, 7045 HIGH GROVE BLVD, BURR RIDGE, IL 60527 |
| 182 | Allowed | Versatile Card Technology, Inc. (11-12586) | $810.00 | Goods old | 1/18/2012 | Unsecured | KARA COMMUNICATIONS 6823 HOBSON VALLEY DR., SUITE 201, Woodridge, IL 60517 |
| 182 | Allowed | Versatile Card Technology, Inc. (11-12586) | $810.00 | Goods sold | 1/18/2012 | Unsecured Priority | KARA COMMUNICATIONS 6823 HOBSON VALLEY DR., SUITE 201, Woodridge, IL 60517 |
| 183 | Allowed | Versatile Card Technology, Inc. (11-12586) | $2,706.61 | Goods sold | 1/18/2012 | Unsecured | Color FX P.O. Box 1007, Oshkosh, WI 54903 |
| 186 | Allowed | Versatile Card Technology, Inc. (11-12586) | $636.85 | Goods sold | 1/18/2012 | Unsecured | AMERICAN FIRST AID SERVICES 784 CHURCH RD., Elgin, IL 60123 |
| 187 | Disallowed | Versatile Card Technology, Inc. (11-12586) | $13,045.00 | Goods and services | 1/18/2012 | Unsecured | CHILLTEC, INC. 3645 MORTON AVENUE, BROOKFIELD, IL 60513 |
| 190 | Allowed | Versatile Card Technology, Inc. (11-12586) | $174.40 | | 1/18/2012 | Unsecured | HERITAGE HOUSE FLORIST 5109 MAIN STREET, Downers Grove, IL 60515 |
| 191 | Allowed | Versatile Card Technology, Inc. (11-12586) | $1,996.57 | Goods sold | 1/19/2012 | Unsecured | Magid Glove & Safety Mfg. Co. LLC 2060 N. Kolmar Ave., Chicago, IL 60639-3483 |
| 193 | Allowed | Versatile Card Technology, Inc. (11-12586) | $13,045.00 | Goods and services | 1/19/2012 | Unsecured | CHILLTEC, INC. 3645 MORTON AVENUE, BROOKFIELD, IL 60513 |
| 202 | Allowed | Versatile Card Technology, Inc. (11-12586) | $802.50 | goods sold - invoice 151624 7-31-11 | 1/19/2012 | Unsecured | Innovative Communication System 10430 Gulfdale St, San Antonio, TX 78216 |
| 204 | Pending | Versatile Card Technology, Inc. (11-12586) | 0 | 0 | 1/19/2012 | Unsecured | DENALI CUTTING DIES 2 BRALEY POINT ROAD, P.O.BOX 1249, BOLTON LANDING, NY 12814 |
| 205 | Allowed | Versatile Card Technology, Inc. (11-12586) | $301.00 | Freight charges, freight bill no. 0848540 | 1/19/2012 | Unsecured | FORT TRANSPORTATION & SERVICE COMPANY 1600 JANESVILLE AVE., FORT ATKINSON, WI 53538-2726 |
| 207 | Allowed | Versatile Card Technology, Inc. (11-12586) | $110.29 | Goods and services | 1/19/2012 | Unsecured | KICTeam, Inc. P.O.BOX 1120, 1130 MINOT AVENUE, AUBURN, ME 04211-1120 |

12-05904 / 11-12586
Versatile Card Tech. Inc.

**Final Claims Register**

<span style="float:right">Numerical Order</span>

| Claim | Status | Debtor | Amount | Description | Date | Type | Creditor |
|---|---|---|---|---|---|---|---|
| 216 | Allowed | Versatile Card Technology, Inc. (11-12586) | $40,191.60 | Lease agreement | 1/21/2012 | Unsecured | Key Equipment Finance a Div.of Key Corp., P.O.Box 1865, Albany, NY 12201-1865 |
| 216 | Allowed | Versatile Card Technology, Inc. (11-12586) | $40,191.60 | Lease agreement | 1/21/2012 | Secured | Key Equipment Finance a Div.of Key Corp., P.O.Box 1865, Albany, NY 12201-1865 |
| 230 | Allowed | Versatile Card Technology, Inc. (11-12586) | $58,482.33 | Goods Sold | 1/25/2012 | Unsecured | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 230 | Disallowed | Versatile Card Technology, Inc. (11-12586) | $57,595.43 | Goods Sold | 1/25/2012 | Unsecured | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 230 | Disallowed | Versatile Card Technology, Inc. (11-12586) | $57,595.43 | Goods Sold | 1/25/2012 | Unsecured Priority | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 236 | Allowed | Versatile Card Technology, Inc. (11-12586) | $2,531.34 | services provided | 1/26/2012 | Unsecured | Allied Waste 5050 W. Lake Street, Melrose Park, IL 60160 |
| 246 | Allowed | Versatile Card Technology, Inc. (11-12586) | $181.33 | goods sold | 1/26/2012 | Unsecured | GARVEY'S OFFICE PRODUCTS 7500 N. Caldwell Ave., Niles, IL 60714 |
| 254 | Allowed | Versatile Card Technology, Inc. (11-12586) | $1,039.50 | Services performed | 1/31/2012 | Unsecured | CHICAGO FILTER CO. 221 KING ST., Elk Grove Village, IL 60007 |
| 258 | Allowed | Versatile Card Technology, Inc. (11-12586) | $44,629.98 | Product and services provided | 2/2/2012 | Unsecured | CASE PACKAGING, LLC c/o Timothy Buckley, Esq., Howard & Howard, 200 S. Michigan Ave. #1100, Chicago, IL 60604 |
| 260 | Allowed | Versatile Card Technology, Inc. (11-12586) | $1,668.63 | Goods sold | 2/4/2012 | Unsecured | FLODRAULIC GROUP INC. 4583 SOLUTIONS CENTER, CHICAGO, IL 60677-4005 |
| 261 | Allowed | Versatile Card Technology, Inc. (11-12586) | $63,979.01 | Good Sold | 2/4/2012 | Unsecured | Silone Company Limited Unit 03 11F Trendy Centre, 682-684 Castle Peak Road, Kowloon, HK 682684 Hong Kong |
| 261 | Allowed | Versatile Card Technology, Inc. (11-12586) | $35,204.28 | Good Sold | 2/4/2012 | Unsecured Priority | Silone Company Limited Unit 03 11F Trendy Centre, 682-684 Castle Peak Road, Kowloon, HK 682684 Hong Kong |
| 262 | Allowed | Versatile Card Technology, Inc. (11-12586) | $2,743.00 | Services performed | 2/4/2012 | Unsecured | TRANSVALUE, INC. TRANSPORTATION OF VALUABLES, 7421 N.W. 7TH STREET, MIAMI, FL 33126 |
| 268 | Allowed | Versatile Card Technology, Inc. (11-12586) | $8,113.00 | Construction services performed. See attached invoice. | 2/12/2012 | Unsecured | P G Filippi Contractor Inc. 2922 N. 4425 Road, Newark, IL 60541 |
| 272 | Allowed | Versatile Card Technology, Inc. (11-12586) | $734.13 | goods sold/service performed | 2/12/2012 | Unsecured | AMERICA'S FLEET SERVICE, INC. PO BOX 696, Minooka, IL 60447 |
| 272 | Allowed | Versatile Card Technology, Inc. (11-12586) | $734.13 | goods sold/service performed | 2/12/2012 | Unsecured Priority | AMERICA'S FLEET SERVICE, INC. PO BOX 696, Minooka, IL 60447 |
| 273 | Allowed | Versatile Card Technology, Inc. (11-12586) | $1,885.00 | Services performed | 2/12/2012 | Unsecured | Fair Harbor Capital, LLC Ansonia Finance Station, PO Box 237037, New York, NY 10023 |
| 280 | Allowed | Versatile Card Technology, Inc. (11-12586) | $5,365.57 | goods sold | 2/12/2012 | Unsecured | FUJIFILM NORTH AMERICA CORP. GRAPHICS SYSTEMS DIVISION, 1101 W.CAMBRIDGE DRIVE, KANSAS CITY, KS 66103-1311 |
| 280 | Allowed | Versatile Card Technology, Inc. (11-12586) | $5,365.57 | goods sold | 2/12/2012 | Unsecured Priority | FUJIFILM NORTH AMERICA CORP. GRAPHICS SYSTEMS DIVISION, 1101 W.CAMBRIDGE DRIVE, KANSAS CITY, KS 66103-1311 |
| 283 | Allowed | Versatile Card Technology, Inc. (11-12586) | $269.95 | Service performed | 2/12/2012 | Unsecured | Waste Management 2625 W. Grandview Rd. Ste. 150, Phoenix, AZ 85023 |
| 285 | Allowed | Versatile Card Technology, Inc. (11-12586) | $8,106.28 | goods sold | 2/13/2012 | Unsecured | GREENCORP MAGNETICS INC. 4342 McDOWELL ROAD, STEVE MALONE, GROVE CITY, OH 43123 |
| 286 | Allowed | Versatile Card Technology, Inc. (11-12586) | $4,171.74 | freight and goods sold | 2/13/2012 | Unsecured | Burkle North America, Inc. 12802 Valley View St., Suite 12/13, Garden Grove, CA 92845-2511 |
| 288 | Allowed | Versatile Card Technology, Inc. (11-12586) | $29,070.00 | pick up and transport of goods to debtor | 2/13/2012 | Unsecured | EMM LOGISTICS,INC. 940 W.NATIONAL AVE, ADDISON, IL 60101 |
| 290 | Allowed | Versatile Card Technology, Inc. (11-12586) | $3,100.00 | goods sold & services performed | 2/15/2012 | Unsecured | Sonar Credit Partners II, LLC (Michael Goldberg) 200 Business Park Drive, Suite 201, Armonk, NY 10504 |
| 290 | Allowed | Versatile Card Technology, Inc. (11-12586) | $2,350.00 | goods sold & services performed | 2/15/2012 | Unsecured Priority | Dice Mold & Engineering, Inc. 75 S. Prospect, Itasca, IL 60143 |
| 292 | Allowed | Versatile Card Technology, Inc. (11-12586) | $522.89 | goods sold | 2/17/2012 | Unsecured | Fastenal Company 2001 Theurer Blvd, Winona, MN 55987 |
| 298 | Allowed | Versatile Card Technology, Inc. (11-12586) | $145,144.31 | goods sold | 2/17/2012 | Unsecured | Gans Ink and Supply Co. 1441 Boyd Street, Los Angeles, CA 90033 |
| 299 | Allowed | Versatile Card Technology, Inc. (11-12586) | $1,220.08 | goods sold | 2/17/2012 | Unsecured | Dell, Inc. One Dell Way, RR1, MS52, Round Rock, TX 78682 |
| 306 | Allowed | Versatile Card Technology, Inc. (11-12586) | $7,254.25 | Legal Services Performed | 2/17/2012 | Unsecured | Law Office of Jeffrey W. Horwitz Ltd. (Jeffrey William Horwitz Esq.) 150 N. Wacker Dr., Ste. 2525, Chicago, IL 60606-1676 |
| 310 | Allowed | Versatile Card Technology, Inc. (11-12586) | $6,293.25 | goods sold | 2/21/2012 | Unsecured | CROWN ROLL LEAF,INC 91 ILLINOIS AVENUE, PATERSON, NJ 07503 |
| 316 | Allowed | Versatile Card Technology, Inc. (11-12586) | $13,115.61 | goods sold | 2/22/2012 | Unsecured | Chapter Capital Management, LLC 200 Business Park Drive, Suite 306, Armonk, NY 10504 |
| 316 | Allowed | Versatile Card Technology, Inc. (11-12586) | $13,115.61 | goods sold | 2/22/2012 | Unsecured | VILLA PARK ELECTRICAL SUPPLY CO.INC 420 W.NORTH AVENUE, Addison, IL 60101 |
| 319 | Allowed | Versatile Card Technology, Inc. (11-12586) | $2,639.00 | goods sold | 2/24/2012 | Unsecured | GRAFSOLVE PO BOX 1185, NORTHBROOK, IL 60065-1185 |
| 320 | Allowed | Versatile Card Technology, Inc. (11-12586) | $65,757.54 | goods sold | 2/24/2012 | Unsecured | FUJIFILM NORTH AMERICA CORP. GRAPHIC SYSTEMS DIVISION, 850 CENTRAL AVE., HANOVER PARK, IL 60133 |
| 320 | Allowed | Versatile Card Technology, Inc. (11-12586) | $24,547.00 | goods sold | 2/24/2012 | Unsecured Priority | FUJIFILM NORTH AMERICA CORP. GRAPHIC SYSTEMS DIVISION, 850 CENTRAL AVE., HANOVER PARK, IL 60133 |
| 331 | Withdrawn | Versatile Card Technology, Inc. (12-05904) | $3,983,982.29 | Monay Loaned (See Rider, attached) | 3/6/2012 | Unsecured | Amalgamated Bank of Chicago 1 West Monroe Street, Chicago, IL 60603 |
| 331 | Withdrawn | Versatile Card Technology, Inc. (12-05904) | $3,983,982.29 | Monay Loaned (See Rider, attached) | 3/6/2012 | Secured | Amalgamated Bank of Chicago 1 West Monroe Street, Chicago, IL 60603 |
| 337 | Allowed | Versatile Card Technology, Inc. (11-12586) | $238,333.59 | sale of goods | 3/6/2012 | Unsecured | Multos Int'l Pte. 1 Phillip Street #03-01, Singapore, SG 48692 |
| 338 | Allowed | Versatile Card Technology, Inc. (11-12586) | $4,295.88 | goods sold | 3/6/2012 | Unsecured | GIANTEC-SEMI IMPORT & EXPORT (HONG KONG) LIMITED UNIT 806-7, 8/F, PROSPERITY PL, Kwun Tong Kowloon, HONGKONG China |
| 338 | Allowed | Versatile Card Technology, Inc. (11-12586) | $4,295.88 | goods sold | 3/6/2012 | Unsecured Priority | Fair Harbor Capital, LLC Po Box 237037, New York, NY 10023 |
| 341 | Allowed | Versatile Card Technology, Inc. (11-12586) | $1,537.52 | Services performed | 3/7/2012 | Unsecured | BLUE THUNDER TRUCK BROKERAGE, INC. P.O.BOX 88259, Chicago, IL 60680-1259 |
| 341 | Allowed | Versatile Card Technology, Inc. (11-12586) | $1,537.52 | Services performed | 3/7/2012 | Unsecured Priority | BLUE THUNDER TRUCK BROKERAGE, INC. P.O.BOX 88259, Chicago, IL 60680-1259 |
| 343 | Allowed | Versatile Card Technology, Inc. (11-12586) | $28,604.79 | goods sold & delivered | 3/7/2012 | Unsecured | YOSUN SINGAPORE PTE.LTD. 16 Tai Seng Street, #05-00, Singapore 534138 Singapore |
| 344 | Disallowed | Versatile Card Technology, Inc. (12-05904) | $3,476,599.60 | Loan and Security Agreement dated December 1,2007 | 3/8/2012 | Unsecured | GE Government Finance, Inc. 1501 N. Market Street, Suite 1500, Wilmington, Delaware 19801 |
| 344 | Disallowed | Versatile Card Technology, Inc. (12-05904) | unknown | Loan and Security Agreement dated December 1,2007 | 3/8/2012 | Unsecured | GE Government Finance, Inc. 1501 N. Market Street, Suite 1500, Wilmington, Delaware 19801 |
| 344 | Disallowed | Versatile Card Technology, Inc. (12-05904) | unknown | Loan and Security Agreement dated December 1,2007 | 3/8/2012 | Secured | GE Government Finance, Inc. 1501 N. Market Street, Suite 1500, Wilmington, Delaware 19801 |
| 345 | Disallowed | Versatile Card Technology, Inc. (12-05904) | $346,881.69 | Master Security Agreement Dated May 26, 2011 | 3/8/2012 | Unsecured | General Electric Capital Corporation c/o Kathleen A. Murphy, Esq Reed Smith LLP 1501 N. Market street, suite 1500, Wilmington, Delaware 19801 |

12-05904 / 11-12586                                    **Final Claims Register**                                    *Numerical*
Versatile Card Tech. Inc.                                                                                            *Order*

| 345 | Disallowed | Versatile Card Technology, Inc. (12-05904) | unknown | Master Security Agreement Dated May 26, 2011 | 3/8/2012 | Unsecured | General Electric Capital Corporation c/o Kathleen A. Murphy, Esq Reed Smith LLP 1501 N. Market Street, suite 1500, Wilmington, Delaware 19801 |
|---|---|---|---|---|---|---|---|
| 345 | Disallowed | Versatile Card Technology, Inc. (12-05904) | unknown | Master Security Agreement Dated May 26, 2011 | 3/8/2012 | Secured | General Electric Capital Corporation c/o Kathleen A. Murphy, Esq Reed Smith LLP 1501 N. Market Street, suite 1500, Wilmington, Delaware 19801 |
| 358 | Allowed | Versatile Card Technology, Inc. (11-12586) | $7,950.00 | Services performed-Freight hauling | 3/8/2012 | Unsecured | American Armored Transport Systems, LLC. 9701 E.102ND Avenue, Henderson, CO 80640 |
| 360 | Pending | Versatile Card Technology, Inc. (12-05904) | $980,000.00 | Loans | 3/8/2012 | Unsecured | Rajiv Parthasarathy 33 Karpagambal Nagar, Mylapore, Chennai, Tamil Nadu 600004 India |
| 363 | Allowed | Versatile Card Technology, Inc. (11-12586) | $24,547.53 | goods sold | 3/8/2012 | Unsecured Priority | FUJIFILM NORTH AMERICA CORP. GRAPHIC SYSTEMS DIVISION, 850 CENTRAL AVE., HANOVER PARK, IL 60133 |
| 363 | Allowed | Versatile Card Technology, Inc. (11-12586) | $26,533.87 | goods sold | 3/8/2012 | Secured | FUJIFILM NORTH AMERICA CORP. GRAPHIC SYSTEMS DIVISION, 850 CENTRAL AVE., HANOVER PARK, IL 60133 |
| 363 | Allowed | Versatile Card Technology, Inc. (11-12586) | $92,291.41 | goods sold | 3/8/2012 | Unsecured | FUJIFILM NORTH AMERICA CORP. GRAPHIC SYSTEMS DIVISION, 850 CENTRAL AVE., HANOVER PARK, IL 60133 |
| 372 | Allowed | Versatile Card Technology, Inc. (11-12586) | $18,600.49 | Services | 3/8/2012 | Unsecured | FedEx Tech Connect, Inc. 3965 Airways Blvd. Module G. 3rd Floor, Memphis, TN 38116 |
| 382 | Pending | Versatile Card Technology, Inc. (12-05904) | $ unknown | see appendix | 3/8/2012 | Unsecured | Brenda Porter Helms, solely as the Chapter 7 Trustee for the Estate of Veluchamy (11-33413) c/o Barry Chatz, Esq., Arnstein & Lehr LLP, 120 S. Riverside Plaza 12th, Chicago, IL 60606 |
| 398 | Disallowed | Versatile Card Technology, Inc. (12-05904) | $ See Attached | Guaranty | 3/9/2012 | Unsecured | Wells Fargo Equipment Finance c/o Jeffrey A. Chadwick, McGuireWoods LLP, 77 West Wacker Drive, Suite 4100, Chicago, IL 60601 |
| 403 | Allowed | Versatile Card Technology, Inc. (11-12586) | $167.50 | Services Performed | 3/9/2012 | Unsecured | Advocate Occupational Health P.O. Box 70003, Chicago, IL 60673-0003 |
| 405 | Allowed | Versatile Card Technology, Inc. (11-12586) | $45,227.04 | goods sold | 3/9/2012 | Unsecured | Apollo Colours North America 2600 John Street, Unit 124, Markham, Ontario, L3R 3W3 Canada |
| 405 | Allowed | Versatile Card Technology, Inc. (11-12586) | $13,897.59 | goods sold | 3/9/2012 | Unsecured Priority | Apollo Colours North America 2600 John Street, Unit 124, Markham, Ontario, L3R 3W3 Canada |
| 409 | Allowed | Versatile Card Technology, Inc. (12-05904) | $ Not less than $577,648.43 | See Attached | 3/9/2012 | Unsecured | Klockner Pentaplast of America Inc. c/o McGuire Woods LLP (Joseph S. Sheerin Esq.) 901 E. Cary St., Ste. 300, One James Ctr., Richmond, VA 23219-4030 |
| 409 | Allowed | Versatile Card Technology, Inc. (12-05904) | See Attached | See Attached | 3/9/2012 | Unsecured | Klockner Pentaplast of America Inc. c/o McGuire Woods LLP (Joseph S. Sheerin Esq.) 901 E. Cary St., Ste. 300, One James Ctr., Richmond, VA 23219-4030 |
| 409 | Allowed | Versatile Card Technology, Inc. (12-05904) | See Attached | See Attached | 3/9/2012 | Secured | Klockner Pentaplast of America Inc. c/o McGuire Woods LLP (Joseph S. Sheerin Esq.) 901 E. Cary St., Ste. 300, One James Ctr., Richmond, VA 23219-4030 |
| 409 | Allowed | Versatile Card Technology, Inc. (12-05904) | Not Less than $200,554.59 | See Attached | 3/9/2012 | Unsecured Priority | Klockner Pentaplast of America Inc. c/o McGuire Woods LLP (Joseph S. Sheerin Esq.) 901 E. Cary St., Ste. 300, One James Ctr., Richmond, VA 23219-4030 |
| 428 | Pending | Versatile Card Technology, Inc. (12-05904) | Unliquidated (see Rider) | See attached Rider | 3/9/2012 | Unsecured | Ungaretti & Harris LLP (Fed. Deposit Ins. Corp., as Receiver for Mutual Bank, Richard Scott Alsterda Esq.) 70 W. Madison St., Ste. 3500, Three First Nat'l Plz., Chicago, IL 60602-4224 US |
| 428 | Pending | Versatile Card Technology, Inc. (12-05904) | Unliquidated | See attached Rider | 3/9/2012 | Unsecured Priority | Ungaretti & Harris LLP (Fed. Deposit Ins. Corp., as Receiver for Mutual Bank, Richard Scott Alsterda Esq.) 70 W. Madison St., Ste. 3500, Three First Nat'l Plz., Chicago, IL 60602-4224 US |
| 446 | Withdrawn | Versatile Card Technology, Inc. (12-05904) | $13,627.00 | Accounting/Tax Prep | 3/9/2012 | Unsecured | Bradford R. Dooley & Assoc. (Bradford R. Dooley) 209 W. Jackson Blvd., Ste. 404, Chicago, IL 60606-6934 US |
| 448 | Allowed | Versatile Card Technology, Inc. (12-05904) | $1,231,012.44 | Trade debt, including 503(b)(9) claim of $556,720.80 | 3/9/2012 | Unsecured | Plami S.A. De C.V. c/o N. Neville Reid, Fox, Hefter, Swibel, Levin, 200 W. Madison Street, Ste 3000, Chicago, IL 60606 |
| 448 | Allowed | Versatile Card Technology, Inc. (12-05904) | $556,720.80 | Trade debt, including 503(b)(9) claim of $556,720.80 | 3/9/2012 | Unsecured Priority | Plami S.A. De C.V. c/o N. Neville Reid, Fox, Hefter, Swibel, Levin, 200 W. Madison Street, Ste 3000, Chicago, IL 60606 |
| 449 | Allowed | Versatile Card Technology, Inc. (11-12586) | $71,313.60 | Goods shipped to Debtor | 3/8/2012 | Unsecured | Spartech Polycom (Texas), Inc. c/o Christopher J. Lawhorn Bryan Cave LLP 211 N. Broadway , Suite 3600, St. Louis, MO 63102 |
| 449 | Allowed | Versatile Card Technology, Inc. (11-12586) | $71,313.60 | Goods shipped to Debtor | 3/8/2012 | Unsecured Priority | Spartech Polycom (Texas), Inc. c/o Christopher J. Lawhorn Bryan Cave LLP 211 N. Broadway , Suite 3600, St. Louis, MO 63102 |
| 463 | Allowed | Versatile Card Technology, Inc. (11-12586) | $11,947.98 | goods & svcs | 3/13/2012 | Unsecured | Fair Harbor Capital, LLC Ansonia Finance Station, PO Box 237037, New York, NY 10023 |
| 463 | Allowed | Versatile Card Technology, Inc. (11-12586) | $11,947.98 | goods & svcs | 3/13/2012 | Unsecured | Fair Harbor Capital, LLC Ansonia Finance Station, PO Box 237037, New York, NY 10023 |
| 463 | Allowed | Versatile Card Technology, Inc. (11-12586) | $11,947.98 | goods & svcs | 3/13/2012 | Unsecured Priority | Fair Harbor Capital, LLC Ansonia Finance Station, PO Box 237037, New York, NY 10023 |
| 470 | Allowed | Versatile Card Technology, Inc. (11-12586) | $4,043.64 | Service Performed | 1/26/2012 | Unsecured | Industrial Towel and Uniform Anc. (Bluedow, Lynn) 2700 S. 160th St., New Berlin, WI 53151 |
| 470 | Allowed | Versatile Card Technology, Inc. (11-12586) | $4,043.64 | Service Performed | 1/26/2012 | Unsecured | Industrial Towel and Uniform Anc. (Bluedow, Lynn) 2700 S. 160th St., New Berlin, WI 53151 |
| 503 | Withdrawn | Versatile Card Technology, Inc. (12-05904) | Unknown | Taxes | 4/23/2013 | Unsecured | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| 503 | Withdrawn | Versatile Card Technology, Inc. (12-05904) | Unknown | Taxes | 4/23/2013 | Unsecured | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| 504 | Withdrawn | Versatile Card Technology, Inc. (12-05904) | 0 | Taxes | 4/23/2013 | Unsecured Priority | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| 517 | Disallowed | Versatile Card Technology, Inc. (12-05904) | $50,054.54 | Unpaid pre-petition commissions | 5/6/2013 | Unsecured | AKV24 DISC, Inc. c/o Arun Veluchamy, 3001 Oak Brook Hills Road, Oak Brook, IL 60523 |
| 524 | Disallowed | Versatile Card Technology, Inc. (12-05904) | $173,874.16 | Unpaid post-petition commissions | 5/20/2013 | Unsecured | AKV24 DISC, Inc. c/o Arun Veluchamy, 3001 Oak Brook Hills Road, Oak Brook, IL 60523 |
| 524 | Disallowed | Versatile Card Technology, Inc. (12-05904) | $173,874.16 | Unpaid post-petition commissions | 5/20/2013 | Unsecured | AKV24 DISC, Inc. c/o Arun Veluchamy, 3001 Oak Brook Hills Road, Oak Brook, IL 60523 |
| 524 | Disallowed | Versatile Card Technology, Inc. (12-05904) | $173,874.16 | Unpaid post-petition commissions | 5/20/2013 | Unsecured Priority | AKV24 DISC, Inc. c/o Arun Veluchamy, 3001 Oak Brook Hills Road, Oak Brook, IL 60523 |
| AC310-1 | Allowed | Versatile Card Technology, Inc. (11-12586) | $533.25 | Goods sold | 2/28/2012 | Unsecured | Fair Harbor Capital, LLC Ansonia Finance Station, PO Box 237037, New York, NY 10023 |
| AC310-1 | Allowed | Versatile Card Technology, Inc. (11-12586) | $5,760.00 | Goods sold | 2/28/2012 | Unsecured Priority | Fair Harbor Capital, LLC PO Box 237037, New York, NY 10023 |
| AC363-1 | Allowed | Versatile Card Technology, Inc. (11-12586) | $65,757.54 | goods sold | 3/7/2013 | Unsecured | FUJIFILM NORTH AMERICA CORP. GRAPHIC SYSTEMS DIVISION, 850 CENTRAL AVE., HANOVER PARK, IL 60133 |
| AC363-1 | Allowed | Versatile Card Technology, Inc. (11-12586) | $24,547.53 | goods sold | 3/7/2013 | Unsecured | FUJIFILM NORTH AMERICA CORP. GRAPHIC SYSTEMS DIVISION, 850 CENTRAL AVE., HANOVER PARK, IL 60133 |
| AC363-1 | Allowed | Versatile Card Technology, Inc. (11-12586) | $24,547.43 | goods sold | 3/7/2013 | Unsecured Priority | FUJIFILM NORTH AMERICA CORP. GRAPHIC SYSTEMS DIVISION, 850 CENTRAL AVE., HANOVER PARK, IL 60133 |